**BONAKDAR LAW FIRM**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorneys for Defendant, RAMIRO JIMENEZ-RUIZ aka ANTONIO JIMENEZ-SANTOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RAMIRO JIMENEZ-RUIZ aka ANTONIO JIMENEZ-SANTOS, <br><br> Defendant. | Case No. 1:18-CR-00170-LJO-SKO <br><br> STIPULATION TO CONTINUE ARRAIGNMENT ON INDICTMENT; ORDER THEREON <br><br> Judge: Hon. Erica P. Grosjean <br> Arraignment Hearing: August 9, 2018 <br> Time: 10:00 a.m. <br> Courtroom: 10 (6th Floor) |

WHEREAS the Arraignment on Indictment hearing has been scheduled in this matter for August 9, 2018;

WHEREAS Roger S. Bonakdar, counsel for Defendant Ramiro Jimenez-Ruiz (herein "Mr. Jimenez-Ruiz"), has recently been appointed to represent Mr. Jimenez-Ruiz in this matter, and has previously been scheduled to appear in Fresno County Superior Court for a felony criminal matter in the afternoon of August 9, 2018, and therefore has a conflict with the hearing scheduling in the herein matter.

WHEREAS in light of the aforementioned conflict, counsel for Defendant requests a continuance of the Arraignment hearing scheduled for August 9, 2018.

WHEREAS counsel has advised counsel for the Government, Ms. Laura Withers, and the Government is in agreement to continue the hearing on the Arraignment to

-1-

| | |
|---|---|
| 1 | Monday, August 13, 2018, at 2:00 p.m. |
| 2 | THEREFORE, IT IS STIPULATED by and between the parties that the August 9, 2018, Arraignment hearing be continued to August 13, 2018, at 2:00 p.m., in Courtroom No. 10. |
| 5 | THEREFORE, IT IS FURTHER STIPULATED that this Stipulation may be executed in multiple counterparts, and that said counterparts (when offered together) shall constitute a fully executed original. In this regard, signatures by facsimile shall be given the same force and effect as originals. |
| 10 | IT IS SO STIPULATED: |

Monday, August 13, 2018, at 2:00 p.m.

THEREFORE, IT IS STIPULATED by and between the parties that the August 9, 2018, Arraignment hearing be continued to August 13, 2018, at 2:00 p.m., in Courtroom No. 10.

THEREFORE, IT IS FURTHER STIPULATED that this Stipulation may be executed in multiple counterparts, and that said counterparts (when offered together) shall constitute a fully executed original. In this regard, signatures by facsimile shall be given the same force and effect as originals.

IT IS SO STIPULATED:

Date: August 8, 2018    BONAKDAR LAW FIRM

/S/ Roger S. Bonakdar
ROGER S. BONAKDAR
Attorney for Defendant,
Ramiro Jimenez-Ruiz

Date: August 8, 2018    UNITED STATES ATTORNEY

/s/ Laura Withers
Laura Withers
Assistant United States Attorney

1  ORDER

The Stipulation to Continue the hearing on the Arraignment having come before
2
3  this Court and good cause appearing therefore;

4  IT IS HEREBY ORDERED that the August 9, 2018, Arraignment hearing is

5  hereby continued to August 13, 2018, at 2:00 p.m.

6

7  IT IS SO ORDERED.

8

9  Dated:  **August 8, 2018**          /s/ Erin P. Gross
                                         UNITED STATES MAGISTRATE JUDGE