McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMIRO JIMENEZ-RUIZ,<br><br>Defendant. | CASE NO. 1:18-CR-00170-LJO-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; PROPOSED FINDINGS AND ORDER<br><br>DATE: October 15, 2018<br>TIME: 10:00 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant RAMIRO JIMENEZ-RUIZ, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 15, 2018.

2. By this stipulation, the parties now move to continue the status conference until November 13, 2018, and to exclude time between October 15, 2018, and November 13, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes the entire alien file, approximately eighty-pages. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) The government and counsel for the defendant desire additional time to conduct investigation and research related to the charges, in particular in light of the recent decision in

Lorenzo v. Sessions, No. 15-70814 (9th Cir. 2018).

  c) The parties believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) Neither party objects to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 15, 2018 to November 13, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated: October 11, 2018      McGREGOR W. SCOTT
                United States Attorney

                /s/ LAURA D. WITHERS
                LAURA D. WITHERS
                Assistant United States Attorney

Dated: October 11, 2018      /s/ ROGER BONAKDAR
                ROGER BONAKDAR
                Counsel for Defendant
                RAMIRO JIMENEZ-RUIZ

**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: __**October 11, 2018**__         _____/s/ Lawrence J. O'Neill_____
                                        UNITED STATES CHIEF DISTRICT JUDGE